IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FRENCHIE G. HILLARD, | |
| Petitioner, | CIVIL ACTION NO.: 4:21-cv-125 |
| v. | (Case No.: 4:18-cr-236) |
| UNITED STATE OF AMERICA, | |
| Respondent. | |

**O R D E R**

The appellant's motion for a certificate of appealability having been denied and his motion to appeal in forma pauperis having been denied as moot by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 15th day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA